Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff,
Jose Acosta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, | No. 1:17-CV-00269-AWI-EPG |
| Plaintiff, | **STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; ORDER** |
| v. | |
| RECYCO, INC. dba RECYCO RECYCLING CENTER OF FRESNO, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Jose Acosta ("Plaintiff") and Defendants Recyco, Inc. dba Recyco Recycling Center of Fresno and Barile Land, Inc. ("Defendants," and together with Plaintiff, "the Parties"), the parties hereto, through their respective attorneys of record, that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."

**IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint within five (5) calendar days of the Court's Order permitting such filing, and that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

**IT IS SO STIPULATED**.

Dated: August 15, 2017					MISSION LAW FIRM, A.P.C.

						*/s/ Zachary M. Best*
						Zachary M. Best
						Attorneys for Plaintiff,
						Jose Acosta

Dated: August 15, 2017					LAW OFFICE OF PETER SEAN BRADLEY

						*/s/ Peter Sean Bradley*
						Peter Sean Bradley
						Attorneys for Defendants,
						Recyco, Inc. dba Recyco Recycling Center
						of Fresno and Barile Land, Inc.

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

# **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed; and

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated: **August 17, 2017**

/s/ *Erin P. Grosjean*
UNITED STATES MAGISTRATE JUDGE