Peter Sean Bradley #109258
Law Office of Peter Sean Bradley
7045 North Fruit Avenue
Fresno, California 93711
Telephone: (559) 432-3142
Facsimile: (559) 436-1135
Email: penner.bradley@sbcglobal.net

Attorneys for Defendants
Recyco, Inc., dba Recyco Recycling Center of Fresno
and Barile Land, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, | No. 1:17-cv-00269-AWI-EPG |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT OFF** |
| v. | |
| RECYCO, INC. dba RECYCO RECYCLING CENTER OF FRESNO, *et al.*, | |
| Defendants. | |

It is hereby stipulated by and between counsel for the parties in the present action that the non-expert discovery cut-off will be continued from its present date of March 2, 2018 to April 6, 2018 and that the expert designation will be continued from its present date of April 6, 2018 to April 16, 2018.

The parties further stipulate that there is good cause for the change in these dates in that they are presently engaging in settlement discussions and the additional time will allow them to

1

continue those discussions without being required to expend attorney time and expenses in upcoming depositions, including depositions currently scheduled for January 23, 2108.

**IT IS SO STIPULATED**.

Dated: January 16, 2018   MISSION LAW FIRM, A.P.C.

/s/ Zachary M. Best
Zachary M. Best
Attorneys for Plaintiff,
Jose Acosta

Dated: January 16, 2018   LAW OFFICE OF PETER SEAN BRADLEY

/s/ Peter Sean Bradley
Peter Sean Bradley
Attorneys for Defendants,
Recyco, Inc. dba Recyco Recycling Center
of Fresno and Barile Land, Inc.

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the Scheduling Conference Order shall be modified as follows: the non-expert discovery cut-off shall be continued from March 2, 2018 to April 6, 2018, and that the expert disclosure deadline shall be continued from April 6, 2018 to April 16, 2018. The remainder of the Scheduling Order remains in effect.

IT IS SO ORDERED.

Dated: **January 17, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE