# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br>     Plaintiff<br><br>v.<br><br>RECYCO, INC. dba RECYCO RECYCLING CENTER OF FRESNO; BARILE LAND, INC.,<br>     Defendants. | Case No.: 1:17-cv-00269-AWI-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 27) |

On February 12, 2018, the parties filed a stipulation to dismiss this action with prejudice, each side to bear their own attorney's fees and costs. In light of the stipulation, the case has ended. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **February 13, 2018**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE

1